Amanda Kimberlin by Eliza Kimberlin, next friend, and Ansby L. Lowe, conservator, appellee, v. Henry Lamping, appellant.

Suit by the next friend and the conservator to recover money and property received by defendant from the ward. Judgment for plaintiff. Appeal from the Circuit Court of Crawford county; the Hon. Charles H. Miller, Judge, presiding. Heard in this court at the March term, 1920. Reversed and remanded. Eagleton, J., took no part in the hearing of this case. Opinion filed October 28, 1920.

Parker & Crowley and Bradbury, Gaines & Bradbury, for appellant. A. H. Jones and W. A. Wesner, for appellee.

Mr. Justice Higbee delivered the opinion of the court.

---

Laura Calkin, appellee, v. Summers & Dickey Company, appellant.

Suit to recover money due to plaintiff for services as clerk in defendant's store. Judgment for plaintiff. Appeal from the Circuit Court of Wayne county; the Hon. J. C. Eagleton, Judge, presiding. Heard in this court at the March term, 1920. Reversed and remanded. Eagleton, J., took no part in the hearing of this case. Opinion filed October 28, 1920.

Creighton & Thomas, for appellant. Cooper & Burgess, for appellee.

Mr. Justice Higbee delivered the opinion of the court.

---

# THIRD DISTRICT.

---

Ezra Patterson, appellant, v. William F. Walker, appellee.

Action on contract for purchase price of a horse. Verdict for appellee in justice's court and in the circuit court on appeal. Appeal from the County Court of Moultrie county; the Hon. Oscar F. Cochran, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed April 19, 1921.

E. J. Miller and C. R. Patterson, for appellant. J. L. McLaughlin and Elliott Billman, for appellee.

Mr. Justice Eldredge delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. John Pokora, plaintiff in error.

Conviction for the unlawful sale of intoxicating liquors. Error to the County Court of Sangamon county; the Hon. John B. Weaver, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded. Opinion filed April 19, 1921.

John G. Friedmeyer, for plaintiff in error. C. F. Mortimer, for defendant in error; Edward Pree and J. M. Weldon, of counsel.